IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| In re: | * |
| TUFAIL & ASSOCIATES, LLC | * Case No. 21-14153-MCR |
|   Debtor | * Chapter 7 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**REPORT OF DEPOSIT OF UNCLAIMED FUNDS**

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Trustee herein submits a check payable to U.S. Bankruptcy Court in the amount of $4,632.21 representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said Funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

| POC # | CREDITOR (last known address) | CLAIM AMOUNT | DISBURSEMENT AMOUNT |
|---|---|---|---|
| 02-B | WCP Fund I LLC<br>c/o The Verstandig Law Firm LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, Nevada  89012 | $554,464.66 | $ 4,632.21 |

Respectfully Submitted,

**ROSE & ASSOCIATES, LLC**

/s/ Cheryl E. Rose
Cheryl E. Rose, #05934, Chapter 7 Trustee
9812 Falls Road, #114-334
Potomac, MD  20854
(301) 527-7789
trusteerose@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of August, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing **Report of Deposit for Unclaimed Funds** will be served electronically by the Court's CM/ECF system on the following:

- **William R. Feldman**   wfeldman@wfeldmanlaw.com, acurtis@wfeldmanlaw.com
- **David J Kaminow**   david.kaminow@montgomerycountymd.gov, davkam50west@gmail.com; r41400@notify.bestcase.com; kaminow.davidj.b116840@notify.bestcase.com
- **Stephen A. Metz**   smetz@offitkurman.com, mmargulies@offitkurman.com
- **Richard Rogers**   rrogers@cgd-law.com, bankruptcyecf@cgd-law.com;estamas@cgd-law.com;bbush@cgd-law.com
- **Cheryl E. Rose**   trusteerose@aol.com, crose@ecf.axosfs.com
- **Jordan M. Spivok**   jspivok@psclaw.net
- **Lisa Yonka Stevens**   lisa.y.stevens@usdoj.gov
- **Diana C. Theologou**   dtheologou@mtglaw.com
- **William Scott Tinney**   scott@cohenandformanlaw.com
- **US Trustee - Greenbelt**   USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**   mac@mbvesq.com, lisa@mbvesq.com; mahlon@dcbankruptcy.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com; verstandiglaw@recap.email

I HEREBY FURTHER CERTIFY that on this 21st day of August, 2024, a copy of the foregoing **Report of Deposit for Unclaimed Funds** was also mailed first class mail, postage prepaid to following:

United States Bankruptcy Court
ATTN: Finance Department
101 West Lombard Street
Baltimore, MD  21201

Eric Weissman
Keller Williams Legacy
1515 Reisterstown Road, Suite 200
Baltimore, MD 21208

/s/ Cheryl E. Rose
Cheryl E. Rose, Chapter 7 Trustee