UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| Tufail & Associates, LLC | § § | Case No. 21-14153 |
| Debtor | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CHERYL E. ROSE, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 313,800.00
*(Without deducting any secured claims)*

Assets Exempt: 0.00

Total Distributions to Claimants: 205,983.67

Claims Discharged
Without Payment: 2,013,294.92

Total Expenses of Administration: 28,566.92

---

3) Total gross receipts of $234,550.59 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $234,550.59 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,190,000.00 | $1,096,712.33 | $542,247.67 | $198,500.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 25,506.92 | 25,506.92 | 25,506.92 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 3,060.00 | 3,060.00 | 3,060.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 20,000.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 195,000.00 | 1,128,578.59 | 895,778.59 | 7,483.67 |
| **TOTAL DISBURSEMENTS** | $1,405,000.00 | $2,253,857.84 | $1,466,593.18 | $234,550.59 |

4)  This case was originally filed under chapter  on 06/23/2021, and it was converted to chapter 7 on 04/27/2022.  The case was pending for 29 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/13/2024              By:/s/CHERYL E. ROSE, Trustee
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2410 E. Madison Street, Baltimore, MD 21205 | 1110-000 | 2,500.00 |
| 2902 McElderry Street, Baltimore, MD 21205 | 1110-000 | 63,000.00 |
| 3410 Duvall Avenue, Baltimore, MD 21216 | 1110-000 | 83,000.00 |
| 444 N. Robinson Street, Baltimore, MD 21224 | 1110-000 | 2,500.00 |
| 502 N. Robinson Street, Baltimore, MD 21205 | 1110-000 | 2,500.00 |
| 524 N. Collington Avenue, Baltimore, MD 21205 | 1110-000 | 2,500.00 |
| 528 N. Lakewood Avenue, Baltimore, MD 21205 | 1110-000 | 48,000.00 |
| 603 N. East Avenue, Baltimore, MD 21205 | 1110-000 | 2,500.00 |
| 603 N. Luzerne Avenue, Baltimore, MD 21205 | 1110-000 | 2,500.00 |
| 609 N. East Avenue, Baltimore, MD 21205 | 1110-000 | 16,500.00 |
| Wells Fargo Bank Account x5196 | 1229-000 | 7,745.30 |
| Settlement Funds received relating to a Title Insurance Claim | 1249-000 | 1,305.29 |
| **TOTAL GROSS RECEIPTS** | | **$234,550.59** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 495 Properties, LLC | | 200,000.00 | NA | NA | 0.00 |
| | Caret Bay, LLC | | 0.00 | NA | NA | 0.00 |
| | Georgetta Moss | | 170,000.00 | NA | NA | 0.00 |
| | Ground Floor Holdings GA, LLC | | 60,000.00 | NA | NA | 0.00 |
| | Ground Floor Holdings GA, LLC | | 60,000.00 | NA | NA | 0.00 |
| | Interstate Holding, LLC | | 20,000.00 | NA | NA | 0.00 |
| | Kiran Zia Irrevocable Trust | | 40,000.00 | NA | NA | 0.00 |
| | MTSIF, LLC | | 0.00 | NA | NA | 0.00 |
| | Signal Financial Credit Union | | 45,000.00 | NA | NA | 0.00 |
| | Washington Capital Partners | | 85,000.00 | NA | NA | 0.00 |
| | Washington Capital Partners | | 85,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Washington Capital Partners | | 85,000.00 | NA | NA | 0.00 |
| | Washington Capital Partners | | 85,000.00 | NA | NA | 0.00 |
| | Washington Capital Partners | | 85,000.00 | NA | NA | 0.00 |
| | Washington Capital Partners | | 85,000.00 | NA | NA | 0.00 |
| | Farmingdale Ventures LLC | 4110-000 | NA | 45,000.00 | 45,000.00 | 45,000.00 |
| | Signal Financial FCU | 4110-000 | NA | 153,500.00 | 153,500.00 | 153,500.00 |
| 2-A | WCP Fund I LLC | 4110-000 | 85,000.00 | 787,264.66 | 232,800.00 | 0.00 |
| 1 | Wilmington Trust, N.A. | 4110-000 | NA | 110,947.67 | 110,947.67 | 0.00 |
| TOTAL SECURED CLAIMS | | | $1,190,000.00 | $1,096,712.33 | $542,247.67 | $198,500.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cheryl E. Rose | 2100-000 | NA | 14,977.53 | 14,977.53 | 14,977.53 |
| Cheryl E. Rose | 2200-000 | NA | 1,206.09 | 1,206.09 | 1,206.09 |
| INSURANCE PARTNERS AGENCY, INC. | 2300-000 | NA | 22.75 | 22.75 | 22.75 |
| Axos Bank | 2600-000 | NA | 419.35 | 419.35 | 419.35 |
| CHERYL E. ROSE | 3110-000 | NA | 7,500.00 | 7,500.00 | 7,500.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 5)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES H. BRANDON, CPA | 3310-000 | NA | 1,302.00 | 1,302.00 | 1,302.00 |
| JAMES H. BRANDON, CPA | 3320-000 | NA | 79.20 | 79.20 | 79.20 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $25,506.92 | $25,506.92 | $25,506.92 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Trustee Compensation: Stephen A. Metz, Subchapter V Trustee | 6101-000 | NA | 3,060.00 | 3,060.00 | 3,060.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $3,060.00 | $3,060.00 | $3,060.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Baltimore | | 20,000.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $20,000.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Signal Financial Federal Credit Union | 7100-000 | 150,000.00 | 105,655.31 | 105,655.31 | 882.68 |
| 4 | Signal Financial Federal Credit Union | 7100-000 | 45,000.00 | 235,658.62 | 235,658.62 | 1,968.78 |
| 2-B | WCP Fund I LLC | 7100-000 | NA | 787,264.66 | 554,464.66 | 4,632.21 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $195,000.00 | $1,128,578.59 | $895,778.59 | $7,483.67 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 21-14153 | MCR | Judge: | Maria Ellena Chavez-Ruark | Trustee Name: | CHERYL E. ROSE, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Tufail & Associates, LLC | | | | Date Filed (f) or Converted (c): | 04/27/2022 (c) |
| | | | | | 341(a) Meeting Date: | 05/18/2022 |
| For Period Ending: | 09/13/2024 | | | | Claims Bar Date: | 07/28/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Settlement Funds received relating to a Title Insurance Claim (u) | 0.00 | 1,305.29 | | 1,305.29 | FA |
| 2. Property manager's account f/b/o debtor | 4,419.00 | 4,419.00 | | 0.00 | FA |
| 3. Accounts Receivable | 18,181.00 | 18,181.00 | | 0.00 | FA |
| 4. 441 N. East Avenue, Baltimore, MD 21224 | 70,000.00 | 5,000.00 | OA | 0.00 | FA |
| 5. 528 N. Clinton Street, Baltimore, MD 21205 | 70,000.00 | 5,000.00 | OA | 0.00 | FA |
| 6. 609 N. East Avenue, Baltimore, MD 21205 | 70,000.00 | 3,000.00 | | 16,500.00 | FA |
| 7. 603 N. East Avenue, Baltimore, MD 21205 | 70,000.00 | 2,500.00 | | 2,500.00 | FA |
| 8. 3410 Duvall Avenue, Baltimore, MD 21216 | 140,000.00 | 3,000.00 | | 83,000.00 | FA |
| 9. 2902 McElderry Street, Baltimore, MD 21205 | 70,000.00 | 3,000.00 | | 63,000.00 | FA |
| 10. 528 N. Linwood Avenue, Baltimore, MD 21205 | 70,000.00 | 0.00 | OA | 0.00 | FA |
| 11. 528 N. Lakewood Avenue, Baltimore, MD 21205 | 70,000.00 | 3,000.00 | | 48,000.00 | FA |
| 12. 603 N. Luzerne Avenue, Baltimore, MD 21205 | 70,000.00 | 2,500.00 | | 2,500.00 | FA |
| 13. 502 N. Robinson Street, Baltimore, MD 21205 | 70,000.00 | 2,500.00 | | 2,500.00 | FA |
| 14. 524 N. Collington Avenue, Baltimore, MD 21205 | 70,000.00 | 2,500.00 | | 2,500.00 | FA |
| 15. 2410 E. Madison Street, Baltimore, MD 21205 | 70,000.00 | 2,500.00 | | 2,500.00 | FA |
| 16. 444 N. Robinson Street, Baltimore, MD 21224 | 67,000.00 | 2,500.00 | | 2,500.00 | FA |
| 17. 413 N. Curley Street, Baltimore, MD 21224 | 81,200.00 | 0.00 | OA | 0.00 | FA |
| 18. Wells Fargo Bank Account x5196 (u) | 0.00 | 7,745.30 | | 7,745.30 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,080,800.00 | $68,650.59 | | $234,550.59 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

04/29/2022 Equity in Debtor's properties located in Baltimore, Md.  Notice of Assets filed.  Applications to Employ CER and CPA filed.
05/16/2022 Working with A. Curtis, Esq. on a possible buy-out of properties located in Baltimore City -- 3410 Duvall Avenue, 2902 McElderry Street and 609 North East Avenue.
06/15/2022 Motions to Sell (2) filed for 3410 Duvall Avenue, 2902 McElderry Street and 609 North East Avenue.
06/20/2022 Mac Verstandig, Esq. to make offer of $2,500 each for 6 Properties (Asset 7,12,13,14,15,16) for WCP.
07/12/2022 Consent Orders (2) entered for 3410 Duvall Avenue, 2902 McElderry Street and 609 North East Avenue
08/12/2022 Report of Sale filed for 3410 Duvall Avenue.
09/15/2022 (Docket 206) Motion to Sell filed for 528 N. Lakewood Avenue
10/13/2022 (Docket 210) Order entered approving sale of 528 N. Lakewood Avenue
10/14/2022 Notice of Abandonment filed for 4 Baltimore Properties:  528 N. Linwood Avenue; 413 N. Curley Street; 441 N. East Avenue, 528 N. Clinton Street
10/24/2022 Deed executed for 528 N Lakewood Avenue
10/25/2022 (Docket 214) Order entered granting sale for 6 properties to WCP or assignee.
11/23/2022 (Docket 217) Report of Sale filed for the 6 properties (WCP).
12/13/2022 (Docket 221) Report of Sale filed for 2902 McElderry Street
02/14/2023 Awaiting funds for the property located at 609 N. East Avenue.
05/17/2023 Email to A. Curtis, Esq. requesting status of funds for 609 N. East Avenue.
07/17/2023 Email to A. Curtis, Esq. and  W. Feldman, Esq. again requesting status of funds for 609 N. East Avenue.
08/02/2023 Phone call to A. Curtis, Esq. following up on the status of 609 N. East Avenue funds; A. Curtis stated title company was still working on a lien certificate and tax sale redemption; he will follow-up with them to get status.
09/06/2023 Email to Jennifer Alter, Eagle Premier Title, for the status of the funds for 609 N. East Avenue.
10/25/2023 (Docket 225) Report of Sale filed for 609 N. East Avenue.
12/20/2023 TFR submitted to the UST for approval.
01/05/2024 Amended TFR submitted to UST for approval due to amended POCs 3 and 4.
01/30/2024 TFR approved and filed at the USBC.
02/29/2024 (Dockets 232,233,234) Orders entered approving fees and expenses.
05/10/2024 Three checks remain outstanding; contacted creditors to check status and advised to deposit asap; TDR to be prepared as soon as all cleared.
08/21/2024 (Docket 238) Report of Deposit of Unclaimed Funds filed for POC 2-B, $4,632.21.


| | | | |
|---|---|---|---|
| RE PROP # | 3 | -- | Accounts Receivables were uncollectable. |
| RE PROP # | 4 | -- | 10/14/2022 (Docket 211) Notice of Abandonment filed. |
| RE PROP # | 5 | -- | 10/14/2022 (Docket 211) Notice of Abandonment filed. |
| RE PROP # | 6 | -- | 06/15/2022 Docket 182 - Motion to Sell filed for the sum of $3,000.00 to Signal Financial FCU.<br>07/12/2022 Docket 187 - Consent Order entered. |
| RE PROP # | 8 | -- | 06/15/2022 Docket 183 - Motion to Sell filed for the sum of $3,000.00 to Signal Financial FCU.<br>07/12/2022 Docket 188 - Consent Order entered. |
| RE PROP # | 9 | -- | 06/15/2022 Docket 182 - Motion to Sell filed for the sum of $3,000.00 to Signal Financial FCU.<br>07/12/2022 Docket 187 - Consent Order entered. |
| RE PROP # | 10 | -- | 09/13/2021 Docket 51 Order lifting Automatic Stay.<br>10/14/2022 (Docket 211) Notice of Abandonment filed. |
| RE PROP # | 11 | -- | 04/11/2022 Docket 151 Order entered lifting Auto Stay.<br>09/15/2022 Docket 206 Motion to Sell filed.<br>10/13/2022 Docket 210 Order entered approving sale. |
| RE PROP # | 17 | -- | Per Debtor:  House fire / City condemned property 2021.<br>10/14/2022 (Docket 211) Notice of Abandonment filed. |

Initial Projected Date of Final Report (TFR): 12/31/2024	Current Projected Date of Final Report (TFR): 12/31/2024

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 21-14153 | Trustee Name: CHERYL E. ROSE, Trustee |
| Case Name: Tufail & Associates, LLC | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0950 |
| | Checking |
| Taxpayer ID No: XX-XXX1531 | Blanket Bond (per case limit): $3,000,000.00 |
| For Period Ending: 09/13/2024 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/17/22 | 1 | Thomas C Valkenet PC IOLTA Client Trust Account | Settlement funds received to resolve a title claim | 1249-000 | $1,305.29 | | $1,305.29 |
| 08/09/22 | | Eagle Premier Title Group LLC | Sale of Real Property | | $3,000.00 | | $4,305.29 |
| | | | Gross Receipts $83,000.00 | | | | |
| | | Signal Financial FCU | Reduction in Debt ($80,000.00) | 4110-000 | | | |
| | 8 | | 3410 Duvall Avenue, Baltimore, MD 21216 $83,000.00 | 1110-000 | | | |
| 08/09/22 | 18 | Wells Fargo Bank, N.A. | Close Out Bank Account | 1229-000 | $7,745.30 | | $12,050.59 |
| 09/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.24 | $12,040.35 |
| 10/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.87 | $12,027.48 |
| 10/27/22 | | Cohen & Forman LLC, Attys | Settlement Proceeds | | $3,000.00 | | $15,027.48 |
| | | | Gross Receipts $48,000.00 | | | | |
| | | Farmingdale Ventures LLC | Reduction in Debt ($45,000.00) | 4110-000 | | | |
| | 11 | | 528 N. Lakewood Avenue, Baltimore, MD 21205 $48,000.00 | 1110-000 | | | |
| 11/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.81 | $15,013.67 |
| 11/11/22 | | WCP Fund I LLC | PAYMENT received for sale of 6 properties | | $15,000.00 | | $30,013.67 |
| | | | Gross Receipts $15,000.00 | | | | |
| | 7 | | 603 N. East Avenue, Baltimore, MD 21205 $2,500.00 | 1110-000 | | | |

| | Page Subtotals: | $30,050.59 | $36.92 |
|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 21-14153 | | Trustee Name: | CHERYL E. ROSE, Trustee |
| Case Name: | Tufail & Associates, LLC | | Bank Name: | Axos Bank |
| | | | Account Number/CD#: | XXXXXX0950 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX1531 | | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 09/13/2024 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 12 | | 603 N. Luzerne Avenue, Baltimore, MD 21205 | $2,500.00 | 1110-000 | | | |
| | 13 | | 502 N. Robinson Street, Baltimore, MD 21205 | $2,500.00 | 1110-000 | | | |
| | 14 | | 524 N. Collington Avenue, Baltimore, MD 21205 | $2,500.00 | 1110-000 | | | |
| | 15 | | 2410 E. Madison Street, Baltimore, MD 21205 | $2,500.00 | 1110-000 | | | |
| | 16 | | 444 N. Robinson Street, Baltimore, MD 21224 | $2,500.00 | 1110-000 | | | |
| 11/23/22 | | Eagle Premier Title Group LLC | Sale of Real Property | | | $3,000.00 | | $33,013.67 |
| | | | Gross Receipts | $63,000.00 | | | | |
| | | Signal Financial FCU | Reduction in Debt | ($60,000.00) | 4110-000 | | | |
| | 9 | | 2902 McElderry Street, Baltimore, MD 21205 | $63,000.00 | 1110-000 | | | |
| 12/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $25.98 | $32,987.69 |
| 01/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $36.42 | $32,951.27 |
| 02/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $36.38 | $32,914.89 |
| 03/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $32.82 | $32,882.07 |
| 03/07/23 | 2001 | INSURANCE PARTNERS AGENCY, INC. 2950 West Market Street Akron, OH  44333 | Bond Payment | | 2300-000 | | $22.75 | $32,859.32 |
| 04/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $36.29 | $32,823.03 |
| | | | Page Subtotals: | | | $3,000.00 | $190.64 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 21-14153 | Trustee Name: | CHERYL E. ROSE, Trustee |
| --- | --- | --- | --- |
| Case Name: | Tufail & Associates, LLC | Bank Name: | Axos Bank |
|  |  | Account Number/CD#: | XXXXXX0950 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX1531 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 09/13/2024 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.07 | $32,787.96 |
| 06/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.20 | $32,751.76 |
| 07/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.00 | $32,716.76 |
| 08/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.13 | $32,680.63 |
| 09/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.08 | $32,644.55 |
| 09/20/23 | | Eagle Premier Title Group LLC | Funds for 609 North East Avenue | | $3,000.00 | | $35,644.55 |
| | | | Gross Receipts           $16,500.00 | | | | |
| | | Signal Financial FCU | Reduction in Debt            ($13,500.00) | 4110-000 | | | |
| | 6 | | 609 N. East Avenue, Baltimore, MD 21205        $16,500.00 | 1110-000 | | | |
| 10/02/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.06 | $35,608.49 |
| 03/01/24 | 2002 | CHERYL E. ROSE Rose & Associates, LLC 9812 Falls Road, #114-334 Potomac, MD  20854-3963 | Final distribution creditor account # representing a payment of 100.00% per court order. | 2100-000 | | $14,977.53 | $20,630.96 |
| 03/01/24 | 2003 | CHERYL E. ROSE Rose & Associates, LLC 9812 Falls Road, #114-334 Potomac, MD  20854-3963 | Final distribution creditor account # representing a payment of 100.00% per court order. | 2200-000 | | $1,206.09 | $19,424.87 |
| | | | Page Subtotals: | | $3,000.00 | $16,398.16 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 21-14153 | | Trustee Name: | CHERYL E. ROSE, Trustee |
| Case Name: | Tufail & Associates, LLC | | Bank Name: | Axos Bank |
| | | | Account Number/CD#: | XXXXXX0950 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX1531 | | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 09/13/2024 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/01/24 | 2004 | CHERYL E. ROSE<br>ROSE & ASSOCIATES, LLC<br>ATTORNEY FOR TRUSTEE<br>9812 Falls Road, #114-334<br>Potomac, MD 20854-3963 | Final distribution creditor account # representing a payment of 100.00% per court order. | 3110-000 | | $7,500.00 | $11,924.87 |
| 03/01/24 | 2005 | JAMES H. BRANDON, CPA<br>20988 Negril Court<br>Lutz, FL 33558 | Final distribution creditor account # representing a payment of 100.00% per court order. | 3310-000 | | $1,302.00 | $10,622.87 |
| 03/01/24 | 2006 | JAMES H. BRANDON, CPA<br>20988 Negril Court<br>Lutz, FL 33558 | Final distribution creditor account # representing a payment of 100.00% per court order. | 3320-000 | | $79.20 | $10,543.67 |
| 03/01/24 | 2007 | Stephen A. Metz, Subchapter V Trustee<br>Offit Kurman, P.A.<br>7501 Wisconsin Avenue, Suite 1000W<br>Bethesda, MD 20814 | Final distribution creditor account # representing a payment of 100.00% per court order. | 6101-000 | | $3,060.00 | $7,483.67 |
| 03/01/24 | 2008 | WCP Fund I LLC<br>c/o The Verstandig Law Firm, Llc<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, Nevada 89012 | Final distribution to claim 2 creditor account # representing a payment of 0.84% per court order. | 7100-000 | | $4,632.21 | $2,851.46 |
| 03/01/24 | 2009 | Signal Financial Federal Credit Union<br>William R. Feldman, Esq.<br>451 Hungerford Drive Suite 210<br>Rockville Md 20850 | Final distribution to claim 3 creditor account #2300 representing a payment of 0.84% per court order. | 7100-000 | | $882.68 | $1,968.78 |
| 03/01/24 | 2010 | Signal Financial Federal Credit Union<br>William R. Feldman, Esq.<br>451 Hungerford Drive Suite 210<br>Rockville Md 20850 | Final distribution to claim 4 creditor account #2301 representing a payment of 0.84% per court order. | 7100-000 | | $1,968.78 | $0.00 |
| 08/15/24 | 2008 | WCP Fund I LLC<br>c/o The Verstandig Law Firm, Llc<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, Nevada 89012 | Final distribution to claim 2 creditor account # representing a payment of 0.84% per court order. Reversal | 7100-000 | | ($4,632.21) | $4,632.21 |
| 08/21/24 | 2011 | U. S. Bankruptcy Court<br>Attn: Finance Department<br>101 West Lombard Street<br>Baltimore, MD 21201 | Unclaimed Funds | 7100-000 | | $4,632.21 | $0.00 |

Page Subtotals: $0.00 $19,424.87

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

| | | |
|---|---:|---:|
| COLUMN TOTALS | $36,050.59 | $36,050.59 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $36,050.59 | $36,050.59 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $36,050.59 | $36,050.59 |

Exhibit 9

Page Subtotals: $0.00 $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0950 - Checking | $36,050.59 | $36,050.59 | $0.00 |
| | $36,050.59 | $36,050.59 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $198,500.00 |
| Total Net Deposits: | $36,050.59 |
| Total Gross Receipts: | $234,550.59 |

Page Subtotals: $0.00 $0.00