United States Bankruptcy Court
District of Maryland

In re:                                                                                                  Case No. 21-14153-MCR
Tufail & Associates, LLC                                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0               User: admin               Page 1 of 2
Date Rcvd: Oct 02, 2024               Form ID: pdfparty               Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tufail & Associates, LLC, 267 Kentland Boulevard, Suite 5083, Gaithersburg, MD 20878-5446 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: ustpregion04.gb.ecf@usdoj.gov | Oct 02 2024 19:22:00 | US Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 04, 2024               Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Cheryl E. Rose | trusteerose@aol.com crose@ecf.axosfs.com |
| David J Kaminow | david.kaminow@montgomerycountymd.gov<br>davkam50west@gmail.com,r41400@notify.bestcase.com,kaminow.davidj.b116840@notify.bestcase.com |
| Diana C. Theologou | dtheologou@mtglaw.com |

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 02, 2024 | Form ID: pdfparty | Total Noticed: 2 |

Jordan M. Spivok
    jspivok@psclaw.net

Lisa Yonka Stevens
    lisa.y.stevens@usdoj.gov

Maurice Belmont VerStandig
    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Richard Rogers
    rrogers@cgd-law.com bankruptcyecf@cgd-law.com,estamas@cgd-law.com,bbush@cgd-law.com

Stephen A. Metz
    smetz@offitkurman.com mmargulies@offitkurman.com

US Trustee - Greenbelt
    USTPRegion04.GB.ECF@USDOJ.GOV

William R. Feldman
    wfeldman@wfeldmanlaw.com acurtis@wfeldmanlaw.com

William Scott Tinney
    scott@cohenandformanlaw.com

TOTAL: 11

Entered: October 2nd, 2024
Signed: October 1st, 2024
**SO ORDERED**

Copies to Debtor, Debtor's Attorney, Trustee, and United States Trustee



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In Re: | * |
| | * |
| Tufail & Associates, LLC | *   Case No. 21-14153 MCR |
| | *   (Chapter 7) |
| | * |
| Debtor(s) | * |

### ORDER AUTHORIZING DESTRUCTION OF DEBTOR'S BOOKS AND RECORDS

Upon the Motion of the Trustee the Court finds:

1. Notice was properly given to all parties in interest of the Trustee's intent to abandon the books and records of the debtor(s).

2. Said Notice advised all parties of the opportunity to obtain such books and records after abandonment, and no party has claimed said documents.

3. Said Notice further advised all parties that the Trustee would move this Court for an Order authorizing the destruction of the books and records upon the failure of any party to claim said documents.

No party having claimed said documents, it is

ORDERED, that the Trustee is authorized to destroy the books and records of the debtor(s).

**END OF ORDER**

cc: Cheryl E. Rose, Chapter 7 Trustee