Entered: October 17, 2024
Signed: October 17, 2024

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: 21–14153 – MCR     Chapter: 7

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Tufail & Associates, LLC
267 Kentland Boulevard
Suite 5083
Gaithersburg, MD 20878

Social Security No.:

Employer's Tax I.D. No.:   45–5341531

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor on 6/23/21.

The estate of the above–named debtor has been fully administered.

ORDERED, that Cheryl E. Rose is discharged as trustee of the estate of the above–named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec –** *AmandaKaniowski*